# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Peck, et. al,<br><br>  Plaintiffs,<br><br>  v.<br><br>Margaret Hinchey, et. al.<br><br>  Defendants. | NO. CV 12-01371-PHX-JAT<br><br>**ORDER DISMISSING DEFENDANTS TODD AND JANE DOE LAWSON.** |

Having considered Plaintiffs' and Defendants Todd and Jane Doe Lawson's Stipulation (Doc. 299), and good cause appearing,

IT IS HEREBY ORDERED that the claims asserted by Plaintiffs against Defendants Todd and Jane Doe Lawson are DISMISSED WITH PREJUDICE,

IT IS FURTHER ORDERED that Plaintiffs and Defendants Todd and Jane Doe Lawson will each bear their own costs and fees.

IT IS FURTHER ORDERED that Defendant Lawson's pending motions (Docs. 253 and 194) are denied as moot.

Dated this 29th day of October, 2013.

*James A. Teilborg*
Senior United States District Judge